# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY,<br>on behalf of herself and all others<br>similarly situated,<br>            Plaintiffs,<br><br>          v.<br><br>PETSMART, INC.,<br>            Defendant. | Civil Action No. 2:13-cv-01865 (NQA)<br><br>Filed via ECF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michele A. Leahy ("Plaintiff") and Defendant Petsmart, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's claims in their entirety. No motion for class certification has been filed and no class has been certified in this action. Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

By:  **BRODSKY & SMITH, LLC**

/s/ _____
Jordan Schatz
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
610-667-6200 (telephone)
610-667-9029 (facsimile)
jschatz@brodsky-smith.com

Attorneys for Plaintiff
Michele A. Leahy

By:  **LITTLER & MENDELSON, P.C.**

/s/ Nina K. Markey
Nina K. Markey (PA# 201801)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
267-402-3020 (telephone)
267-402-3131 (facsimile)
nmarkey@littler.com

1

Joel L. Finger (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
900 Third Avenue
New York, NY 10022
(212) 583-9600 (telephone)
(212) 832-2719 (facsimile)
jfinger@littler.com

Attorneys for Defendant
PetSmart, Inc.

Dated: October ___, 2013